In the Matter of the Exhumation and Removal of the Alleged Remains of ALLEN T. NORTON, Deceased, from the Woodlawn Cemetery. MARION P. NORTON et al., Respondents; MICHAEL NORTON, Appellant.— Order, so far as appealed from, unanimously reversed, without costs, and the motion denied upon the ground that under all the circumstances exhumation of the body is not warranted. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between CROWN COAT FRONT Co., INC., Appellant, and HIR-TEX CORP., Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent Hir-Tex Corp. The record disclosing the course of conduct of the parties makes it sufficiently clear that the parties contracted on the basis of the sales note, and that conformity of the goods to government specification was a condition of the contract and not a condition precedent to the existence of the contract, that there is no triable issue as to the existence of a contract containing an arbitration clause, and the motion to stay arbitration was properly denied. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

In the Matter of the Arbitration between OTTO GERDAU Co., INC., Appellant, and JOENSSON & CROSS DIVISION, WORLD COMMERCE CORPORATION, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

JACK LAIT et al., Respondents, v. CROWN PUBLISHERS, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondents, with leave to the defendant to answer within ten days after service of a copy of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See post, p. 931.]

MARATHON PICTURES CORPORATION, Appellant, v. PRC PICTURES, INC., Defendant, and EAGLE LION FILMS, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. The opportunity granted to plaintiff to inspect the "cut-off" cards at the offices where maintained is interpreted to include the right to make photostatic copies thereof at plaintiff's expense, in the first instance, or, at plaintiff's option defendant shall furnish photostatic copies of the "cut-off" cards at plaintiff's expense. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

JACOB RUPPERT (a Corporation), Respondent, v. ANASTASIA F. LISSY, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursments to respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.